# EXHIBIT B



☎ 317-643-4444  📍 8902 N Meridian Street, Suite 100, Indianapolis, IN 46260     ☎ 317-567-9800  📍 10475 Crosspoint Blvd, Suite 315, Indianapolis, IN 46256

**PREMIER** WEIGHT LOSS

Start Now

☰

LOSE WEIGHT NOW WITH GLP-1

# Medically Supervised Weight Loss Injections Indianapolis

Get Brand Name GLP-1 weight loss injections at Premier Weight Loss. Receive in-person, concierge-like, care from a team of medical professionals specializing in weight management solutions.

Start Your Journey



Unmute

during this appointment.

INDIANAPOLIS WEIGHT LOSS

# Transparent, Affordable Pricing

**Initial Consultation**

## $99

one-time fee

- In-person assessment
- Body composition testing
- Actionable treatment plan

**Membership**

## $50

monthly

- Unlimited provider access
- Unlimited body-index scans
- Unlimited nutritional coaching

Although we do not accept insurance, we're focused on delivering best-in-class affordability and price transparency.

**Start Your Journey**

Cancel at any time.

### Low-Dose Ozempic
## $300
**monthly**

- 0.25 mg dose
- Lose up to 15% of body weight
- Cardiovascular health boost

### Low-Dose Zepbound
## $375
**monthly**

- 2.5 mg dose
- Lose up to 21% of body weight
- Reduce blood glucose levels



# Prescription medication for weight loss can help patients lose 15[1]–21%[2] of their body weight.



[1] Wilding JPH, Batterham RL, Calanna S, et al. Once-weekly semaglutide in adults with overweight or obesity. *N Engl J Med.* 2021;384(11):989–1002

**Learn about the program**



ONE THING ABOUT YOUR JOURNEY WITH PWL?



FINDING PWL AND YOUR PATH TO WEIGHT LOSS?



FAVORITE PART OF WEIGHT LOSS WITH PWL?

⊕CBS NEWS    CNN    Forbes    FOX    TIME

# Your Local Advocates in Indianapolis

At Premier Weight Loss, our mission is to accompany you on your journey towards a healthier and happier you. We understand the battle that many patients face with their weight, which is why we've designed our practice to focus solely on physician-supervised medical weight loss.

    

**FDA-APPROVED**

### Weight Loss Clinic Near You: Achieve Goals with GLP-1

GLP-1, a proven and FDA-approved medication, has a remarkable track record in helping individuals achieve their weight loss goals.

**HIGHLY EFFECTIVE**

### GLP-1: Less Hunger, Fewer Cravings

GLP-1 has shown incredible effectiveness in aiding weight loss by curbing your appetite, reducing food cravings, and promoting a feeling of fullness.

**LOCAL**

### Our Doctors Trust GLP-1 for Weight Loss

Our experienced providers wholeheartedly endorse the use of GLP-1 for weight loss.

# Questions? Find answers here.

Don't find your answer here? Send us a message.

**Contact us**

How much is the membership fee?  ⌄

Do you accept insurance?  ⌄

I'm 10-20 pounds overweight. Is this still something I could try?  ⌄

Is it important to see someone in person for this type of treatment?  ⌃

We believe so. In addition to sourcing brand name medication locally, we have the latest body composition testing machines. We utilize this technology to ensure that patients are losing fat and not muscle mass as they progress on their weight loss journey.



**Premier Weight Loss: Your Weight Loss Experts in Carmel, Fishers & Indianapolis**

8902 N Meridian St #100, Indianapolis, IN 46260 | (317) 643-4444

10475 Crosspoint Blvd Suite 315, Indianapolis, IN 46256 | (317) 567-9100

Weight Loss Programs | Medical Weight Loss | Nutrition Counseling

Serving Carmel, Fishers, Indianapolis, and surrounding areas.

Privacy & Terms.   Contact Us

© 2025 - Premier Weight of Indiana, LLC

INDIANAPOLIS   FISHERS   CONSULT


**PREMIER** WEIGHT LOSS

Start Now  ☰

WEIGHT LOSS NEAR YOU IN INDIANAPOLIS

# Transforming the dream of weight loss into reality.

## 1. Get started online or call the practice  ⌃

Call 317-643-4444 or follow the link below to get started today. Receive additional information regarding our weight loss offerings

**Start Your Journey Online**

## 2. Initial Patient Assessment  ⌄

## 3. Receive your personalized plan  ⌄

## 4. See, feel and monitor results  ⌄








# Best-in-class results, Best-in-class affordability

Experience unparalleled weight loss results without compromising on affordability—truly the best of both worlds!

| Initial Consultation | Membership | Low-Dose Ozempic® | Low-Dose Mounjaro™ |
|---|---|---|---|
| | $50 /month | | |

**$99** /one-time fee

- ✓ In-person assessment
- ✓ Body composition testing
- ✓ Actionable treatment plan

**$300** /month

- ✓ Unlimited provider access
- ✓ Unlimited body-index scans
- ✓ Unlimited nutritional coaching

**$300** /month

- ✓ 0.25 mg dose
- ✓ Lose up to 15% of body weight
- ✓ Cardiovascular health boost

**$375** /month

- ✓ 2.5 mg dose
- ✓ Lose up to 21% of body weight
- ✓ Reduce blood glucose levels

# Our Medications

We'll work together to create a personalized plan that fits your individual needs and preferences, ensuring a safe and sustainable weight loss journey.

### Ozempic

Discover Ozempic

### Wegovy

Discover Wegovy

### Mounjaro

Discover Mounjaro

### Zepbound

Discover Zepbound

# Affordable weight loss - up to 65% less than other local providers.

At Premier Weight Loss of Indiana, we provide comprehensive evaluations, tailored prescriptions, and direct distribution of effective weight loss medications. Begin your metamorphic journey with us today!

When it comes to medication, we only source BRAND NAME medications like Ozempic, Mounjaro, and Wegovy. These game-changing injectable medications are dispensed directly from our office to you, eliminating the middlemen and price gouging. As a result, you can access these medications at prices **up to 65% lower than those at retail pharmacies**.



# Any **Questions?** Find answers here.

Don't find your answer here? just send us a message for any query.

[ Contact us ]

**How much is the membership fee?** ⌄

**Do you dispense medications from your office? Do I have to purchase the medications from you?** ⌄

**I've seen pharmacies dispensing generic or compounded Ozempic and Mounjaro. Is that safe?** ⌄

**Is it important to see someone in person for this type of treatment?** ⌄

**If I start this medication and am successful, how/when do I get off of it?** ⌄

**I just had a baby. Is this medication indicated for post-pregnancy weight loss?** ⌄

**Will you be my primary care physician?** ⌄







**Premier Weight Loss: Your Weight Loss Experts in Carmel, Fishers & Indianapolis**

8902 N Meridian St #100, Indianapolis, IN 46260 | (317) 643-4444
10475 Crosspoint Blvd Suite 315, Indianapolis, IN 46256 | (317) 567-9100

Weight Loss Programs | Medical Weight Loss | Nutrition Counseling

Serving Carmel, Fishers, Indianapolis, and surrounding areas.



Privacy & Terms.   Contact Us

© 2025 · Premier Weight of Indiana, LLC

INDIANAPOLIS   FISHERS   CONSULT

**PREMIER**
WEIGHT LOSS

Start Now    ☰

# Mounjaro®

Mounjaro® mimics two incretin hormones that help with controlling blood sugar: Glucagon-like peptide-1 (GLP-1) and glucose-dependent insulinotropic polypeptide (GIP). It's the first of its kind to act on two receptors to help individuals feel full faster through delayed gastric emptying and suppressed glucagon production.

Mounjaro is a prescription medication that can help you lose weight and manage your type 2 diabetes. It's an easy-to-use once-weekly injection that works by regulating your blood sugar levels and reducing your appetite.

Start Your Journey  ›

**3**

Benefits for weight loss


Regulate Insulin


Balance Blood Sugar


Reduce Appetite

## Let's talk how this Mounjaro® works for your weight loss.

✔ How does Mounjaro work for weight loss?

- Mounjaro targets two incretin hormones, GLP-1 and GIP, which help regulate blood sugar and appetite. This dual-agonist action enhances Mounjaro's effectiveness in promoting weight loss.

- Mounjaro delays gastric emptying, keeping you feeling fuller for longer and reducing your overall calorie intake. This prolonged satiety helps you control your food intake and achieve weight loss goals.
- Mounjaro suppresses the production of glucagon, a hormone that raises blood sugar levels. By reducing glucagon, Mounjaro promotes the breakdown of stored fat for energy, further contributing to weight loss.

✅ **Form and dosing for Mounjaro**

Mounjaro® comes in an easy-to-use injection that starts at a low dose of 2.5 mg once a week. The dose may be adjusted based on your individual needs and how you respond to the medication. Our Indianapolis weight loss team will work with you to find the right dose for you.

✅ **Common side effects of Mounjaro**

Nausea, diarrhea, constipation, vomiting, and abdominal pain can all be uncomfortable side effects of some GLP-1s. These symptoms can range from mild to severe and can impact your daily life. If you're experiencing any of these side effects, it's important to talk to your healthcare provider. They can help you find ways to manage your symptoms and make sure you're getting the best possible care.

**Medical Disclaimers**    Mounjaro® is only FDA-approved to treat type 2 diabetes. Medication prescriptions are up to a medical provider's discretion and may not be appropriate for everyone.






**Premier Weight Loss: Your Weight Loss Experts in Carmel, Fishers & Indianapolis**

8902 N Meridian St #100, Indianapolis, IN 46260 | (317) 643-4444

10475 Crosspoint Blvd Suite 315, Indianapolis, IN 46256 | (317) 567-9100

Weight Loss Programs | Medical Weight Loss | Nutrition Counseling

Serving Carmel, Fishers, Indianapolis, and surrounding areas.

Privacy & Terms.    Contact Us    © 2025 · Premier Weight of Indiana, LLC





📞 317-643-4444   📍 8902 N Meridian Street, Suite 100, Indianapolis, IN 46260          📞 317-567-9100   📍 10475 Crosspoint Blvd, Suite 315, Indianapolis, IN 46256

 PREMIER WEIGHT LOSS

Start Now   

# Zepbound®

Zepbound® functions by emulating the actions of two crucial incretin hormones, which play a pivotal role in blood sugar regulation: Glucagon-like peptide-1 (GLP-1) and glucose-dependent insulinotropic polypeptide (GIP). What sets Zepbound apart is its unique ability to simultaneously target two receptors in the body, resulting in a dual benefit. This innovative medication promotes a quicker sense of fullness by delaying gastric emptying and suppressing glucagon production.

Zepbound is a prescription drug designed to support weight loss and assist in the management of type 2 diabetes. This convenient treatment involves a simple once-weekly injection that effectively regulates blood sugar levels and curbs your appetite, offering an effective solution for individuals seeking better control over their health.

Start Your Journey ❯

## 3
### Benefits for weight loss


**Regulate Insulin**


**Balance Blood Sugar**


**Reduce Appetite**

## Let's talk how this Zepbound® works for your weight loss.

How does Zepbound work for weight loss?

- Zepbound operates through a similar mechanism as Mounjaro, targeting two key incretin hormones, GLP-1 and GIP, to effectively regulate blood sugar and curb appetite. This dual-agonist action significantly enhances Zepbound's efficacy in facilitating weight loss.
- Zepbound, like Mounjaro, extends the feeling of fullness by delaying gastric emptying, thereby reducing overall calorie intake. This sustained sense of satiety empowers individuals to better manage their food consumption, facilitating progress toward their weight loss objectives.
- Additionally, Zepbound shares the ability to suppress the production of glucagon, a hormone responsible for elevating blood sugar levels. By curbing glucagon production, Zepbound encourages the breakdown of stored fat for energy, offering another avenue for promoting weight loss alongside its appetite-controlling effects.

### Form and dosing for Zepbound

Zepbound, much like Mounjaro, is available in a convenient injection form designed for ease of use. The treatment typically commences at a conservative dosage of 2.5 mg once weekly. However, the dosage can be tailored to accommodate your specific requirements and individual response to the medication. Our dedicated Indianapolis weight loss team will collaborate closely with you to determine and personalize the optimal dosage that aligns with your unique needs and goals.

### Common side effects of Zepbound

Nausea, diarrhea, constipation, vomiting, and abdominal pain can all be uncomfortable side effects of some GLP-1s. These symptoms can range from mild to severe and can impact your daily life. If you're experiencing any of these side effects, it's important to talk to your healthcare provider. They can help you find ways to manage your symptoms and make sure you're getting the best possible care.

**Medical Disclaimers**

Zepbound® is FDA-approved to treat weight loss and type 2 diabetes. Medication prescriptions are up to a medical provider's discretion and may not be appropriate for everyone.







**Premier Weight Loss: Your Weight Loss Experts in Carmel, Fishers & Indianapolis**

8902 N Meridian St #100, Indianapolis, IN 46260 | (317) 643-4444

10475 Crosspoint Blvd Suite 315, Indianapolis, IN 46256 | (317) 567-9100

Weight Loss Programs | Medical Weight Loss | Nutrition Counseling

Serving Carmel, Fishers, Indianapolis, and surrounding areas.

Privacy & Terms.   Contact Us

© 2025 - Premier Weight of Indiana, LLC

INDIANAPOLIS　　FISHERS　　CONSULT



**Let's schedule your appointment.**

Please note that modifications to scheduled appointments cannot be made through this system. To reschedule an existing appointment, please call our office during regular business hours.

Next



**PREMIER** WEIGHT LOSS

## Before scheduling, tell us a little about you.

**What is your name?** *

First Name          Last Name

**Email Address** *

address@domain.com

**Phone Number** *

(000) 000-0000

We'll use this to confirm your appointment.

**How did you hear about our practice?** *

○ Google / Search Engine          ○ Billboard
○ Doctor Referral                 ○ Email Marketing
○ Friend/Family                   ○ Newspaper/Magazine
○ Social media                    ○ Television
○ Radio - Hank FM                 ○ Radio - JMV The Fan
○ Radio - Karen Vaughn            ○ Radio - Sean Copeland

**How would you like to schedule your consultation?** *

○ Directly schedule your appointment online
○ Have a live rep reach out to schedule (8 AM - 5 PM)

[Back]                            [Next]

HIPAA COMPLIANCE



## Confirmation

**Preferred Method of Contact for Confirmation** *

☐ Email

☐ Phone Call

☐ Text Message

**I consent to receiving communications regarding my appointment and understand that my information will be used in accordance with the practice's privacy policy.** *

○ Yes

○ No

Back      Submit



📞 317-643-4444 　📍 8902 N Meridian Street, Suite 100, Indianapolis, IN 46260 　📞 317-567-9100 　📍 10475 Crosspoint Blvd, Suite 315, Indianapolis, IN 46256

## PREMIER WEIGHT LOSS

Start Now ☰

| FAQS

# Frequently asked questions

## General Questions

**How much is the membership fee?** ⌃

Members pay $50 per month in exchange for access to our Doctors, Nurse Practitioners and top of the line body composition equipment. Additionally, eligible patients could receive a prescription for best-in-class weight loss therapeutics (GLP-1 Agonists).

**Do you dispense medications from your office? Do I have to purchase the medications from you?** ⌄

**I've seen pharmacies dispensing generic or compounded Zepbound, Mounjaro, Wegovy and Ozempic. Is that safe?** ⌄

**I'm 10-20 pounds overweight. Is this still something I could try?** ⌄

**Will you be my primary care physician?** ⌄

**How crucial is physical fitness when using weight loss injections?** ⌄

**Is it important to see someone in person for this type of treatment?** ⌄

**If I start this medication and am successful, how/when do I get off of it?** ⌄

**I just had a baby. Is this medication indicated for post-pregnancy weight loss?** ⌄

**What are weight loss injections?** ⌄

How do weight loss injections work?

I've lost weight but struggling to gain muscle, any recommendations?



Premier Weight Loss: Your Weight Loss Experts in Carmel, Fishers & Indianapolis

8902 N Meridian St #100, Indianapolis, IN 46260 | (317) 643-4444

10475 Crosspoint Blvd Suite 315, Indianapolis, IN 46256 | (317) 567-9100

Weight Loss Programs | Medical Weight Loss | Nutrition Counseling

Serving Carmel, Fishers, Indianapolis, and surrounding areas.

Privacy & Terms.     Contact Us

© 2025 · Premier Weight of Indiana, LLC

INDIANAPOLIS    FISHERS    CONSULT

📞 317-643-4444   📍 8902 N Meridian Street, Suite 100, Indianapolis, IN 46260        📞 317-567-9100   📍 10475 Crosspoint Blvd, Suite 315, Indianapolis, IN 46256


PREMIER
WEIGHT LOSS

Start Now   ☰

| FAQS

# Frequently asked questions

## General Questions

How much is the membership fee?                                                           ⌄

Do you dispense medications from your office? Do I have to purchase the medications from you?    ⌃

We dispense brand name Zepbound, Mounjaro, Wegovy and Ozempic from our office. Our prices are significantly lower than retail pharmacies in the area. We absolutely will call in a prescription to a preferred pharmacy if you wish.

Unfortunately, we have found that insurance coverage for these drugs is poor for most of our patients, which is why we offer in-office dispensing of the medication.

I've seen pharmacies dispensing generic or compounded Zepbound, Mounjaro, Wegovy and Ozempic. Is that safe?    ⌄

I'm 10-20 pounds overweight. Is this still something I could try?                          ⌄

Will you be my primary care physician?                                                     ⌄

How crucial is physical fitness when using weight loss injections?                         ⌄

Is it important to see someone in person for this type of treatment?                       ⌄

If I start this medication and am successful, how/when do I get off of it?                 ⌄

I just had a baby. Is this medication indicated for post-pregnancy weight loss?            ⌄





  ☰

FAQS

# Frequently asked questions

## General Questions

How much is the membership fee? ⌄

Do you dispense medications from your office? Do I have to purchase the medications from you? ⌄

I've seen pharmacies dispensing generic or compounded Zepbound, Mounjaro, Wegovy and Ozempic. Is that safe? ⌃

We firmly believe this trend is NOT safe.

These medications are brand new, currently on patent, and there is no approved generic alternative available.

Pharmacies that are compounding or selling "generic" alternatives are sourcing these knock-off drugs overseas typically from China.

There is minimal oversight of the production and import of these meds. We do not recommend injecting ANY medication whose source of production and safety cannot be verified.

I'm 10-20 pounds overweight. Is this still something I could try? ⌄

Will you be my primary care physician? ⌄

How crucial is physical fitness when using weight loss injections? ⌄

Is it important to see someone in person for this type of treatment? ⌄

If I start this medication and am successful, how/when do I get off of it? ⌄

I just had a baby. Is this medication indicated for post-pregnancy weight loss? ⌄

What are weight loss injections? ⌄

How do weight loss injections work? ⌄

I've lost weight but struggling to gain muscle, any recommendations? ⌄



**Premier Weight Loss: Your Weight Loss Experts in Carmel, Fishers & Indianapolis**

8902 N Meridian St #100, Indianapolis, IN 46260 | (317) 643-4444

10475 Crosspoint Blvd Suite 315, Indianapolis, IN 46256 | (317) 567-9100

Weight Loss Programs | Medical Weight Loss | Nutrition Counseling

Serving Carmel, Fishers, Indianapolis, and surrounding areas.

Privacy & Terms.    Contact Us     © 2025 · Premier Weight of Indiana, LLC

INDIANAPOLIS    FISHERS    CONSULT



📞 317-643-4444   📍 8902 N Meridian Street, Suite 100, Indianapolis, IN 46260       📞 317-567-9100   📍 10475 Crosspoint Blvd, Suite 315, Indianapolis, IN 46256

**PREMIER WEIGHT LOSS**

Start Now    ☰

| FAQS

# Frequently asked questions

## General Questions

How much is the membership fee?    ⌄

Do you dispense medications from your office? Do I have to purchase the medications from you?    ⌄

I've seen pharmacies dispensing generic or compounded Zepbound, Mounjaro, Wegovy and Ozempic. Is that safe?    ⌄

I'm 10-20 pounds overweight. Is this still something I could try?    ⌃

The answer is almost certainly yes. Any patient who has struggled with their weight and who is above the ideal percent body fat (20% for men, 28% for women) is a candidate for this therapy.

We have had excellent success with this type of patient, and they typically respond quickly to the medication and at a much lower dose than patients who need to lose 50 pounds or more.

Will you be my primary care physician?    ⌄

How crucial is physical fitness when using weight loss injections?    ⌄

Is it important to see someone in person for this type of treatment?    ⌄

If I start this medication and am successful, how/when do I get off of it?    ⌄

I just had a baby. Is this medication indicated for post-pregnancy weight loss?    ⌄

What are weight loss injections? ⌄

How do weight loss injections work? ⌄

I've lost weight but struggling to gain muscle, any recommendations? ⌄



**Premier Weight Loss: Your Weight Loss Experts in Carmel, Fishers & Indianapolis**

8902 N Meridian St #100, Indianapolis, IN 46260 | (317) 643-4444

10475 Crosspoint Blvd Suite 315, Indianapolis, IN 46256 | (317) 567-9100

Weight Loss Programs | Medical Weight Loss | Nutrition Counseling

Serving Carmel, Fishers, Indianapolis, and surrounding areas.

Privacy & Terms.     Contact Us          © 2025 · Premier Weight of Indiana, LLC

INDIANAPOLIS     FISHERS     CONSULT

📞 317-643-4444    📍 8902 N Meridian Street, Suite 100, Indianapolis, IN 46260    📞 317-567-9100    📍 10475 Crosspoint Blvd, Suite 315, Indianapolis, IN 46256



**PREMIER**
WEIGHT LOSS

Start Now    ☰

| FAQS

# Frequently asked questions

## General Questions

How much is the membership fee?    ⌄

Do you dispense medications from your office? Do I have to purchase the medications from you?    ⌄

I've seen pharmacies dispensing generic or compounded Zepbound, Mounjaro, Wegovy and Ozempic. Is that safe?    ⌄

I'm 10-20 pounds overweight. Is this still something I could try?    ⌄

Will you be my primary care physician?    ⌃

We specialize in weight loss management only. As such, we require all patients to have a relationship with a primary care physician. We will communicate any medication changes with them so they are aware of what you're on as well as the amount of weight you've lost.

How crucial is physical fitness when using weight loss injections?    ⌄

Is it important to see someone in person for this type of treatment?    ⌄

If I start this medication and am successful, how/when do I get off of it?    ⌄

I just had a baby. Is this medication indicated for post-pregnancy weight loss?    ⌄

What are weight loss injections?    ⌄



How do weight loss injections work?

I've lost weight but struggling to gain muscle, any recommendations?

**Premier Weight Loss: Your Weight Loss Experts in Carmel, Fishers & Indianapolis**

8902 N Meridian St #100, Indianapolis, IN 46260 | (317) 643-4444

10475 Crosspoint Blvd Suite 315, Indianapolis, IN 46256 | (317) 567-9100

Weight Loss Programs | Medical Weight Loss | Nutrition Counseling

Serving Carmel, Fishers, Indianapolis, and surrounding areas.

Privacy & Terms.    Contact Us

© 2025 · Premier Weight of Indiana, LLC

INDIANAPOLIS    FISHERS    CONSULT

317-643-4444    8902 N Meridian Street, Suite 100, Indianapolis, IN 46260    317-567-9100    10475 Crosspoint Blvd, Suite 315, Indianapolis, IN 46256

**PREMIER**
WEIGHT LOSS

Start Now

| FAQS

# Frequently asked questions

## General Questions

How much is the membership fee?    ⌄

Do you dispense medications from your office? Do I have to purchase the medications from you?    ⌄

I've seen pharmacies dispensing generic or compounded Zepbound, Mounjaro, Wegovy and Ozempic. Is that safe?    ⌄

I'm 10-20 pounds overweight. Is this still something I could try?    ⌄

Will you be my primary care physician?    ⌄

How crucial is physical fitness when using weight loss injections?    ⌃

While weight loss injections can be highly effective in transforming both your body and overall health, they are not a substitute for physical fitness. At Premier Weight Loss, we emphasize the importance of increasing protein intake and incorporating more exercise into your weekly routine. To maximize results, we encourage our patients to consider joining a gym. One of our top recommendations is IN Fitness, conveniently located at 96th and Meridian, which stands out for its unique focus on recovery equipment. ( https://www.infitnessclub.com/ )

Is it important to see someone in person for this type of treatment?    ⌄

If I start this medication and am successful, how/when do I get off of it?    ⌄

I just had a baby. Is this medication indicated for post-pregnancy weight loss?    ⌄



☎ 317-643-4444   📍 8902 N Meridian Street, Suite 100, Indianapolis, IN 46260      ☎ 317-567-9100   📍 10475 Crosspoint Blvd, Suite 315, Indianapolis, IN 46256



**PREMIER**
WEIGHT LOSS

Start Now      ☰

| FAQS

# Frequently asked questions

## General Questions

How much is the membership fee?                                                    ⌄

Do you dispense medications from your office? Do I have to purchase the medications   ⌄
from you?

I've seen pharmacies dispensing generic or compounded Zepbound, Mounjaro, Wegovy   ⌄
and Ozempic. Is that safe?

I'm 10-20 pounds overweight. Is this still something I could try?                   ⌄

Will you be my primary care physician?                                             ⌄

How crucial is physical fitness when using weight loss injections?                 ⌄

Is it important to see someone in person for this type of treatment?               ⌃

We believe so. In addition to sourcing brand name medication locally, we have the latest body composition testing machines. We utilize this technology to ensure that patients are losing fat and not muscle mass as they progress on their weight loss journey.

If I start this medication and am successful, how/when do I get off of it?          ⌄

I just had a baby. Is this medication indicated for post-pregnancy weight loss?     ⌄

What are weight loss injections?                                                    ⌄

How do weight loss injections work?    ⌄

I've lost weight but struggling to gain muscle, any recommendations?    ⌄



**Premier Weight Loss: Your Weight Loss Experts in Carmel, Fishers & Indianapolis**

8902 N Meridian St #100, Indianapolis, IN 46260 | (317) 643-4444

10475 Crosspoint Blvd Suite 315, Indianapolis, IN 46256 | (317) 567-9100

Weight Loss Programs | Medical Weight Loss | Nutrition Counseling

Serving Carmel, Fishers, Indianapolis, and surrounding areas.

Privacy & Terms.    Contact Us          © 2025 · Premier Weight of Indiana, LLC          f  ⊙

INDIANAPOLIS    FISHERS    CONSULT

317-643-4444    8902 N Meridian Street, Suite 100, Indianapolis, IN 46260      317-567-9100    10475 Crosspoint Blvd, Suite 315, Indianapolis, IN 46256



Start Now

**FAQS**

# Frequently asked questions

## General Questions

How much is the membership fee? ⌄

Do you dispense medications from your office? Do I have to purchase the medications from you? ⌄

I've seen pharmacies dispensing generic or compounded Zepbound, Mounjaro, Wegovy and Ozempic. Is that safe? ⌄

I'm 10-20 pounds overweight. Is this still something I could try? ⌄

Will you be my primary care physician? ⌄

How crucial is physical fitness when using weight loss injections? ⌄

Is it important to see someone in person for this type of treatment? ⌄

If I start this medication and am successful, how/when do I get off of it? ⌃

The answer to this question is very patient dependent. Once we achieve your ideal percent body fat, our team will work with you to utilize the medication at a lower dose/frequency to maintain your weight loss for an additional 12 months. At that point, we will wean you off the medication. Some patients are very successful maintaining their weight loss at this point, while others find their weight starts to creep back up. In those instances, we recommend resuming treatment to maintain patients at their ideal weight and to prevent the "yo-yo" weight gain/weight loss scenario.

I just had a baby. Is this medication indicated for post-pregnancy weight loss? ⌄





317-643-4444    8902 N Meridian Street, Suite 100, Indianapolis, IN 46260    317-567-9100    10475 Crosspoint Blvd, Suite 315, Indianapolis, IN 46256

**PREMIER**
WEIGHT LOSS

 Start Now    

FAQS

# Frequently asked questions

## General Questions

How much is the membership fee?    ⌄

Do you dispense medications from your office? Do I have to purchase the medications from you?    ⌄

I've seen pharmacies dispensing generic or compounded Zepbound, Mounjaro, Wegovy and Ozempic. Is that safe?    ⌄

I'm 10-20 pounds overweight. Is this still something I could try?    ⌄

Will you be my primary care physician?    ⌄

How crucial is physical fitness when using weight loss injections?    ⌄

Is it important to see someone in person for this type of treatment?    ⌄

If I start this medication and am successful, how/when do I get off of it?    ⌄

I just had a baby. Is this medication indicated for post-pregnancy weight loss?    ⌃

Absolutely. It is very effective in this patient population as the weight gain is typically recent and therefore easier to get back down to your normal range. It's important to remember that this class of medication is contraindicated in breastfeeding, so the injectable weight loss drugs would need to wait until you are finished breastfeeding.

What are weight loss injections?    ⌄

How do weight loss injections work?    ⌄

I've lost weight but struggling to gain muscle, any recommendations?    ⌄

**Premier Weight Loss**
8902 N Meridian St #100,
Indianapolis, IN 46260
5.0 ★★★★★  201 reviews
View larger map
Directions

**Premier Weight Loss**
10475 Crosspoint Blvd Suite 315,
Indianapolis, IN 46256
5.0 ★★★★★  78 reviews
View larger map
Directions

**Premier Weight Loss: Your Weight Loss Experts in Carmel, Fishers & Indianapolis**

8902 N Meridian St #100, Indianapolis, IN 46260 | (317) 643-4444

10475 Crosspoint Blvd Suite 315, Indianapolis, IN 46256 | (317) 567-9100

Weight Loss Programs | Medical Weight Loss | Nutrition Counseling

Serving Carmel, Fishers, Indianapolis, and surrounding areas.

Privacy & Terms.    Contact Us

© 2025 · Premier Weight of Indiana, LLC

INDIANAPOLIS    FISHERS    CONSULT

317-643-4444    8902 N Meridian Street, Suite 100, Indianapolis, IN 46260    317-567-9100    10475 Crosspoint Blvd, Suite 315, Indianapolis, IN 46256



Start Now

☰

| FAQS

# Frequently asked questions

## General Questions

How much is the membership fee?    ⌄

Do you dispense medications from your office? Do I have to purchase the medications from you?    ⌄

I've seen pharmacies dispensing generic or compounded Zepbound, Mounjaro, Wegovy and Ozempic. Is that safe?    ⌄

I'm 10-20 pounds overweight. Is this still something I could try?    ⌄

Will you be my primary care physician?    ⌄

How crucial is physical fitness when using weight loss injections?    ⌄

Is it important to see someone in person for this type of treatment?    ⌄

If I start this medication and am successful, how/when do I get off of it?    ⌄

I just had a baby. Is this medication indicated for post-pregnancy weight loss?    ⌄

What are weight loss injections?    ⌃

Weight loss injections are a newer term that tends to refer to GLP-1 medications, such as Zepbound, Mounjaro, Wegovy and Ozempic.

Zepbound, Mounjaro, Wegovy and Ozempic have produced impressive data in clinical trials.



How do weight loss injections work?

I've lost weight but struggling to gain muscle, any recommendations?

Premier Weight Loss: Your Weight Loss Experts in Carmel, Fishers & Indianapolis

8902 N Meridian St #100, Indianapolis, IN 46260 | (317) 643-4444
10475 Crosspoint Blvd Suite 315, Indianapolis, IN 46256 | (317) 567-9100

Weight Loss Programs | Medical Weight Loss | Nutrition Counseling

Serving Carmel, Fishers, Indianapolis, and surrounding areas.

Privacy & Terms.    Contact Us

© 2025 · Premier Weight of Indiana, LLC

INDIANAPOLIS    FISHERS    CONSULT

317-643-4444    8902 N Meridian Street, Suite 100, Indianapolis, IN 46260    317-567-9100    10475 Crosspoint Blvd, Suite 315, Indianapolis, IN 46256

 **PREMIER** WEIGHT LOSS

Start Now ☰

| FAQS

# Frequently asked questions

## General Questions

How much is the membership fee? ⌄

Do you dispense medications from your office? Do I have to purchase the medications from you? ⌄

I've seen pharmacies dispensing generic or compounded Zepbound, Mounjaro, Wegovy and Ozempic. Is that safe? ⌄

I'm 10-20 pounds overweight. Is this still something I could try? ⌄

Will you be my primary care physician? ⌄

How crucial is physical fitness when using weight loss injections? ⌄

Is it important to see someone in person for this type of treatment? ⌄

If I start this medication and am successful, how/when do I get off of it? ⌄

I just had a baby. Is this medication indicated for post-pregnancy weight loss? ⌄

What are weight loss injections? ⌄

How do weight loss injections work? ⌃

The most common injectable weight loss medications are self-administered once per week. Once a patient begins on weight loss injections, they'll notice a reduction in appetite and in snacking urges. This is caused by the ability of GLP-1 therapeutics to decrease gastric emptying, in turn causing an elongated feeling of fullness.

I've lost weight but struggling to gain muscle, any recommendations?                    ⌄



**Premier Weight Loss: Your Weight Loss Experts in Carmel, Fishers & Indianapolis**

8902 N Meridian St #100, Indianapolis, IN 46260 | (317) 643-4444

10475 Crosspoint Blvd Suite 315, Indianapolis, IN 46256 | (317) 567-9100

Weight Loss Programs | Medical Weight Loss | Nutrition Counseling

Serving Carmel, Fishers, Indianapolis, and surrounding areas.

Privacy & Terms.    Contact Us                    © 2025 · Premier Weight of Indiana, LLC

INDIANAPOLIS    FISHERS    CONSULT





📞 317-643-4444   📍 8902 N Meridian Street, Suite 100, Indianapolis, IN 46260          📞 317-567-9100   📍 10475 Crosspoint Blvd, Suite 315, Indianapolis, IN 46256

| FAQS

# Frequently asked questions

## General Questions

How much is the membership fee?                                                                    ⌄

Do you dispense medications from your office? Do I have to purchase the medications from you?        ⌄

I've seen pharmacies dispensing generic or compounded Zepbound, Mounjaro, Wegovy and Ozempic. Is that safe?   ⌄

I'm 10-20 pounds overweight. Is this still something I could try?                                    ⌄

Will you be my primary care physician?                                                              ⌄

How crucial is physical fitness when using weight loss injections?                                  ⌄

Is it important to see someone in person for this type of treatment?                                ⌄

If I start this medication and am successful, how/when do I get off of it?                          ⌄

I just had a baby. Is this medication indicated for post-pregnancy weight loss?                     ⌄

What are weight loss injections?                                                                    ⌄

How do weight loss injections work?                                                                ⌄

## I've lost weight but struggling to gain muscle, any recommendations?

The two most important drivers for gaining muscle are increased protein intake and strength training (not cardio but weight training).

If you've upped your protein/strength training but aren't getting the results you desire, you should consider looking into the EmSculpt Neo.

The EmSculpt Neo is a non-invasive device that helps eliminate fat cells and build muscle in a single 30-minute treatment session. To learn more about the EmSculpt Neo, please visit our partner, Sharper Surgery or ask us about it at your next appointment.



**Premier Weight Loss: Your Weight Loss Experts in Carmel, Fishers & Indianapolis**

8902 N Meridian St #100, Indianapolis, IN 46260 | (317) 643-4444

10475 Crosspoint Blvd Suite 315, Indianapolis, IN 46256 | (317) 567-9100

Weight Loss Programs | Medical Weight Loss | Nutrition Counseling

Serving Carmel, Fishers, Indianapolis, and surrounding areas.

Privacy & Terms.    Contact Us    © 2025 · Premier Weight of Indiana, LLC

INDIANAPOLIS    FISHERS    CONSULT

📞 317-643-4444   📍 8902 N Meridian Street, Suite 100, Indianapolis, IN 46260    📞 317-567-9100   📍 10475 Crosspoint Blvd, Suite 315, Indianapolis, IN 46256

**PREMIER WEIGHT LOSS**

Start Now

## Contact us for
# Medical Weight Loss Indianapolis

Reach out to Premier Weight Loss of Indiana in Indianapolis today and take the first step towards a healthier, more vibrant you! Our dedicated team is eagerly waiting to guide and support you on your transformative weight loss journey.

Start Your Journey



# Have questions?

Use the form on this page to get in touch with our team. Please do not transmit health data in your message.

## Contact



8902 N Meridian Street
Suite 100
Indianapolis, IN 46260

Phone
**317-643-4444**

10475 Crosspoint Blvd
Suite 315
Indianapolis, IN 46256

Phone
**317-567-9100**

For the most common questions, please visit our FAQ page.

**Premier Weight Loss: Your Weight Loss Experts in Carmel, Fishers & Indianapolis**

8902 N Meridian St #100, Indianapolis, IN 46260 | (317) 643-4444

10475 Crosspoint Blvd Suite 315, Indianapolis, IN 46256 | (317) 567-9100

Weight Loss Programs | Medical Weight Loss | Nutrition Counseling

Serving Carmel, Fishers, Indianapolis, and surrounding areas.

Privacy & Terms.

Contact Us

© 2025 · Premier Weight of Indiana, LLC

INDIANAPOLIS    FISHERS    CONSULT



PREMIER
WEIGHT LOSS

Start Now   ☰



# Maintaining Your Weight Loss: Tips for Long-Term Success

DECEMBER 20, 2024  •  GUIDES, WEIGHT LOSS  •  2 MIN READ

Achieving weight loss is an impressive feat, but the journey doesn't end there. Many individuals who start GLP-1 medications for weight loss wonder what happens when they discontinue use. Will the weight come back? Whether you're coming off the medication because you achieved your goals, are dealing with financial stressors, or struggling with side effects, maintaining your weight loss requires strategic planning and healthy habits.

## Understanding the Transition Off GLP-1 Medications

GLP-1 medications are effective in curbing appetite and prolonging feelings of fullness. However, it's natural to worry about appetite returning once you stop taking them. To counter this, consider implementing these strategies to help maintain your weight loss:

1. **Prioritize Protein and Fiber**: Aim for at least 90 grams of protein daily for women and 120 grams for men. Protein and fiber are slow to digest, helping you feel fuller for longer. Incorporating foods rich in these nutrients can mimic the effects of GLP-1 by promoting delayed gastric emptying.
2. **Mind Your Portions**: Being mindful of portion sizes is crucial. Focus on nutrient-dense foods to ensure you're getting the most out of every meal.

## The Importance of Regular Exercise

Exercise plays a pivotal role in maintaining weight loss and overall wellness. Regular physical activity supports not only physical health but also mental well-being. Here are some tips to keep moving:

- **Set Realistic Goals**: Aim for 30 minutes of exercise five days a week. Incorporate a mix of cardio and strength training to build muscle, which can help burn fat more effectively.
- **Find Enjoyable Activities**: Engaging in activities you love makes it easier to stick to a routine. Whether it's dancing, cycling, or yoga, enjoy what you do!

## Make Sleep a Priority

Don't underestimate the impact of sleep on your weight loss journey. Inadequate sleep has been linked to poor blood sugar control and weight gain. To help maintain your weight:

- **Establish a Consistent Sleep Schedule**: Keeping your sleep times consistent can regulate your body's internal clock and improve your overall health. Aim for 7-9 hours of quality sleep each night to support your weight maintenance efforts.

## Building a Support Network

Once you've achieved your weight loss goals, it's essential to connect with others who share similar experiences. Consider joining a support group or a community fitness class. Having accountability partners can make a significant difference in staying motivated and committed to your journey.

## Regular Check-ins with Your Healthcare Provider

If you have underlying health conditions, maintaining regular appointments with your primary care physician is crucial. Being overweight can heighten the risk of several health issues, including cardiovascular disease and Type 2 diabetes. Discussing your medication list with your doctor can help you explore alternatives that don't contribute to weight gain.

## Conclusion

If you've achieved your weight loss goals, CONGRATULATIONS! You've worked hard to create a healthier you. At Premier Weight Loss, we're here to support you as you continue your health and wellness journey. Don't hesitate to reach out for nutrition or exercise guidance—our team is ready to help you maintain your success. You should be proud of your accomplishments, and we wish you all the best as you continue to thrive!

---

**Related Reading:**

- Fuel Your Weight Loss Journey: Nutritional Guidance for Indianapolis & Fishers Residents
- Get Moving, Get Results: Exercise Tips to Complement Your Weight Loss Injections

Sources:

https://www.healthline.com/health-news/avoid-weight-gain-after-ozempic#How-to-reduce-your-risk-of-weight-gain-after-stopping-drugs-like-Ozempic

https://www.today.com/health/diet-fitness/keeping-weight-off-after-ozempic-wegovy-rcna86215

---

PREVIOUS ARTICLE                                                    NEXT ARTICLE

← Taiwanese Chicken Lettuce Wraps          Holiday Weight Loss Survival Guide: Tips from Premier Weight Loss →







**Premier Weight Loss: Your Weight Loss Experts in Carmel, Fishers & Indianapolis**

8902 N Meridian St #100, Indianapolis, IN 46260 | (317) 643-4444

10475 Crosspoint Blvd Suite 315, Indianapolis, IN 46256 | (317) 567-9100

Weight Loss Programs | Medical Weight Loss | Nutrition Counseling

Serving Carmel, Fishers, Indianapolis, and surrounding areas.

Privacy & Terms.

Contact Us

© 2025 · Premier Weight of Indiana, LLC

INDIANAPOLIS    FISHERS    CONSULT

📞 317-643-4444  📍 8902 N Meridian Street, Suite 100, Indianapolis, IN 46260  📞 317-567-9100  📍 10475 Crosspoint Blvd, Suite 315, Indianapolis, IN 46256

**PREMIER** WEIGHT LOSS

Start Now ☰



# New Year, New You: Start 2025 with a Weight Loss Transformation

JANUARY 3, 2025 • WEIGHT LOSS, GUIDES, MEDICATION • 1 MIN READ

As the new year approaches, many of us reflect on our health and wellness. Have you recently stepped on the scale, especially after the holidays, and felt frustrated at the number staring back at you? Have you ever wondered, "If only I had some self-control when it comes to food?" If you're ready to prioritize yourself and your health in 2025, Premier Weight Loss is here to help!

## Why This Year Can Be Different

Every year, countless individuals make resolutions to lose weight, but many struggle to turn those aspirations into reality. This year, let's transform that frustration into action. At Premier Weight Loss, we offer a comprehensive weight loss program tailored to your unique needs and goals. Here's how we can support you on your journey:

## Personalized Weight Loss Program

Our program combines nutrition and exercise guidance, the option to prescribe and dispense GLP-1 weight loss medications, and consistent follow-up with a physician or nurse practitioner. This multifaceted approach ensures you receive the care and support necessary for your success.

- **InBody Scale Assessments**: Our state-of-the-art InBody scale provides detailed insights into your body composition, helping us tailor a nutrition and exercise plan specifically for you.
- **FDA-Approved Medications**: We proudly offer only FDA-approved name-brand medications, including Zepbound, Mounjaro, Wegovy, and Ozempic. These medications can aid in your weight loss journey while you learn sustainable lifestyle habits.

## Sustainable Weight Loss Goals

Patients can expect to lose weight in a healthy manner—typically around 1-3 pounds per week. We understand that each individual has

unique needs, so we'll work with you to discuss various options for nutrition, exercise, and medication that best fit your lifestyle.

# Take the First Step Today

If you're interested in making 2025 the year of your weight loss transformation, contact us for an initial consultation. Our dedicated team is here to support you in achieving your weight loss goals and becoming a happier, healthier version of yourself!

---

**Related Reading:**

- Transform Your Body, Transform Your Life: Real Patient Success Stories from Premier Weight Loss (Indianapolis & Fishers)

---

PREVIOUS ARTICLE
← Holiday Weight Loss Survival Guide: Tips from Premier Weight Loss

NEXT ARTICLE
Weight Loss Injections and PCOS: What You Need to Know →







**Premier Weight Loss: Your Weight Loss Experts in Carmel, Fishers & Indianapolis**

8902 N Meridian St #100, Indianapolis, IN 46260 | (317) 643-4444

10475 Crosspoint Blvd Suite 315, Indianapolis, IN 46256 | (317) 567-9100

Weight Loss Programs | Medical Weight Loss | Nutrition Counseling

Serving Carmel, Fishers, Indianapolis, and surrounding areas.

---

Privacy & Terms.

Contact Us

© 2025 · Premier Weight of Indiana, LLC

 



2/6/2025

317-643-4444  9 8902 N Meridian Street, Suite 100, Indianapolis, IN 46260    317-567-9100  9 10475 Crosspoint Blvd, Suite 315, Indianapolis, IN 46256

## PREMIER WEIGHT LOSS

Start Now

# Weight Loss Injections and PCOS: What You Need to Know

JANUARY 10, 2025  •  GUIDES, MEDICATION, WEIGHT LOSS  •  3 MIN READ

Explore the benefits of GLP-1 weight loss injections for women with PCOS. Learn how Premier Weight Loss can support your hormonal balance and weight loss goals with FDA approved, brand name GLP-1 injections like Mounjaro, Zepbound, Wegovy, and Ozempic.

## Understanding PCOS and Weight Gain

Polycystic Ovary Syndrome (PCOS) is a common hormonal disorder that affects many women, leading to symptoms like irregular periods, excess hair growth, and difficulty losing weight. One of the most frustrating challenges for women with PCOS is managing their weight, as hormonal imbalances can make losing weight feel nearly impossible, even with diet and exercise. Fortunately, weight loss injections offer a promising solution. In this post, we'll explore how weight loss injections can benefit women with PCOS and how Premier Weight Loss can help you achieve your weight loss goals while supporting hormonal balance.

PCOS is characterized by insulin resistance and higher levels of androgens (male hormones) in women. These hormonal imbalances can disrupt your body's metabolism, leading to weight gain and making it harder to lose weight through traditional methods. This excess weight not only exacerbates PCOS symptoms but also increases the risk of other health issues like type 2 diabetes and cardiovascular diseases. Many women with PCOS find it more difficult to lose weight. This is where weight loss injections can help those struggling with PCOS-related weight gain.

## How Weight Loss Injections Can Help

GLP-1 weight loss injections such as Mounjaro, Zepbound, Ozempic, and Wegovy work by targeting different pathways in the body to promote weight loss. They help regulate appetite, improve insulin sensitivity, balance hormones, and reduce the risk comorbidities.

1. **Regulating Appetite and Cravings:** GLP-1 agonists, work by mimicking hormones that help control hunger and make you feel fuller for longer. This can be especially helpful for women with PCOS who may struggle with food cravings and overeating.

2. **Improving Insulin Sensitivity:** Since insulin resistance is a key feature of PCOS, GLP-1 injections help improve how your body uses insulin and can lead to more effective weight loss. Insulin sensitivity also helps reduce the risk of developing type 2 diabetes, a common complication of PCOS.

3. **Hormonal Balance:** By improving insulin sensitivity and reducing excess fat, weight loss injections can help regulate hormones. This balance can lead to more regular menstrual cycles, improved fertility, and reduced symptoms of PCOS.

4. **Reduced Risk of Comorbidities:** Carrying excess weight with PCOS increases your risk of conditions like diabetes, heart disease, and sleep apnea. Weight loss injections can help reduce these risks by supporting long-term weight management.

# Are Weight Loss Injections Safe for Women with PCOS?

Many women wonder whether weight loss injections are a safe option, especially if they have underlying health conditions like PCOS. The good news is that when used under the guidance of a healthcare provider, these treatments can be both safe and effective for women with PCOS. However, it's important to consult with a medical professional to ensure that weight loss injections are the right choice for you.

Weight loss injections can be a powerful tool in the fight against PCOS-related weight gain. By improving insulin sensitivity, regulating appetite, and promoting hormonal balance, these treatments offer hope to women who have struggled to lose weight through traditional methods. If you're considering weight loss injections and want a personalized approach, Premier Weight Loss is here to help. Contact us today to learn more about how we can support you on your journey to better health.

## Related Reading:

**Which Weight Loss Injection is Right for You? Comparing Options at Premier Weight Loss**

**Related Reading: Your Questions Answered: Addressing Common Concerns About Weight Loss Injections**

## Sources:

https://www.mayoclinic.org/diseases-conditions/pcos/symptoms-causes/syc-20353439

https://my.clevelandclinic.org/health/diseases/8316-polycystic-ovary-syndrome-pcos

https://www.hopkinsmedicine.org/health/conditions-and-diseases/polycystic-ovary-syndrome-pcos

https://journals.lww.com/md-journal/fulltext/2023/01130/effects_of_glp_1_on_ovarian_dysfunction_in.2.aspx

https://www.rbmojournal.com/article/S1472-6483(19)30394-3/fulltext

---

PREVIOUS ARTICLE

← New Year, New You: Start 2025 with a Weight Loss Transformation

NEXT ARTICLE

Hair Loss While Losing Weight: Why It Happens and How to Combat It →







Premier Weight Loss: Your Weight Loss Experts in Carmel, Fishers & Indianapolis

8902 N Meridian St #100, Indianapolis, IN 46260 | (317) 643-4444

10475 Crosspoint Blvd Suite 315, Indianapolis, IN 46256 | (317) 567-9100

Weight Loss Programs | Medical Weight Loss | Nutrition Counseling

Serving Carmel, Fishers, Indianapolis, and surrounding areas.

Privacy & Terms.

Contact Us

© 2025 · Premier Weight of Indiana, LLC

INDIANAPOLIS    FISHERS    CONSULT