UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ELI LILLY AND COMPANY,              )
                                    )
                    Plaintiff,      )
                                    )
          v.                        )          No. 1:25-cv-00664-TWP-TAB
                                    )
PREMIER WEIGHT LOSS OF INDIANA, LLC )
D/B/A PREMIER WEIGHT LOSS, et al.,  )
                                    )
                    Defendants.     )


**INTERIM ORDER
ON DEFENDANTS' MOTION TO COMPEL**

On March 3, 2026, Defendant Premier Weight Loss of Indiana, LLC filed a motion to compel Plaintiff Eli Lilly and Company to supplement its production of documents responsive to PWL's requests to produce full and complete discovery, adequately respond to interrogatories, and engage in a transparent and meaningful ESI process. PWL also seeks its reasonable expenses and attorney fees incurred in bringing this motion. [Filing No. 71.] In response, Lilly claims several issues raised in PWL's motion are now moot after supplemental production from Lilly since PWL filed its motion. [Filing No. 81, at ECF p. 6-7.] PWL's reply brief acknowledges Lilly's supplemental production of 31 additional documents but indicates "many issues remain in dispute." [Filing No. 87, at ECF p. 4.] The parties' briefs fail to specifically update the Court on what issues, if any, the parties agree have been resolved by Lilly's supplemental production.

The Court does not need further argument on these issues or on PWL's request for attorney fees and costs.  However, the parties shall work together to create a straightforward list of the issues that remain and require Court assistance to resolve to ensure the Court's order on PWL's motion [Filing No. 71] reflects the current status of this dispute.  Accordingly, within 14 days of this order, the parties shall file a joint statement listing the resolved and remaining discovery disputes.

Date: 5/5/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email

2